

~~UNDER SEAL~~

FILED

FEB 26 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MOLLY A. SMOLEN (CABN 293328)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6779
7      FAX: (415) 436-7234
       Molly.smolen@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

| UNITED STATES OF AMERICA, | ) NO.: 3 20 70233 |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| RICHARD EUGENE HARTMAN, | ) [PROPOSED] SEALING ORDER |
| Defendant. | ) |

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's application for a sealing order, the sealing order, the complaint and arrest warrant in the above-referenced case, shall be filed under seal until further order of the court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents as necessary with counsel for any defendant charged as a result of this investigation and with the FBI, which should be allowed to share these materials with other law enforcement and intelligence agencies,

[PROPOSED] SEALING ORDER         1                    v. 7/10/2018

including foreign law enforcement and intelligence agencies, for use in investigation and prosecution.

IT IS SO ORDERED.

DATED: _____2/26/2020_____

HON. JOSEPH C. SPERO
UNITED STATES CHIEF MAGISTRATE JUDGE