# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 12 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

## CRIMINAL COVER SHEET

*Instructions: Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:** USA v. RICHARD EUGENE HARTMAN

**CASE NUMBER:** CR   CR 20 126

VC

**Is This Case Under Seal?**   Yes   No ✓

**Total Number of Defendants:**   1 ✓   2-7   8 or more

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**   Yes   No ✓

**Venue (Per Crim. L.R. 18-1):**   SF ✓   OAK   SJ

**Is this a potential high-cost case?**   Yes   No ✓

**Is any defendant charged with a death-penalty-eligible crime?**   Yes   No ✓

**Is this a RICO Act gang case?**   Yes   No ✓

**Assigned AUSA (Lead Attorney):** Molly A. Smolen

**Date Submitted:** 03/11/2020

**Comments:**
Relates to Case No. 3-20-70233-MAG

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM   SAVE PDF