1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   ANGELA M. HANSEN
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:  (510) 637-3500
   Facsimile:   (510) 637-3507
6  Email:         Angela_Hansen@fd.org

7

8  Counsel for Defendant HARTMAN

9

10                        IN THE UNITED STATES DISTRICT COURT

11                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                                      SAN FRANCISCO DIVISION

13

| 14 | UNITED STATES OF AMERICA, | **Case No.:** CR 20–126 VC |
|---|---|---|
| 15 | Plaintiff, | **AMENDED STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING TO AUGUST 11, 2020, AND TO EXCLUDE TIME** |
| 16 | v. | |
| 17 | RICHARD HARTMAN, | |
| 18 | Defendant. | Hearing Date: June 9, 2020 |
| 19 | | |

20          The above-captioned matter was set on May 26, 2020, at 10:30 a.m., before this Honorable
21  Court, for a status hearing. On May 12, 2020, the Court moved the status hearing date to June 9,
22  2020. The parties filed a stipulation to move the June 9, 2020 date to June 30, 2020. For the reasons
23  set forth below, the parties file this amended stipulation to jointly request that the Court continue this
24  matter to August 11, 2020, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §
25  3161(h)(7)(A) and (B)(iv), between May 26, 2020 and August 11, 2020.
26          Richard Hartman is charged with the possession of child pornography. He made his initial
27  appearance on February 28, 2020, and the magistrate court ordered him released from custody on
28  March 5, 2020. The government sent discovery to defense counsel by Federal Express on May 15,

1    2020, but because the Oakland office of the Federal Public Defender partially shut down with limited
2    staff due to Covid-19, the office has not yet received those materials.  The Federal Public Defender
3    office is in the process of trying to locate that discovery.  In the meantime, counsel for the defense
4    requested that the government reproduce the discovery by secure email.  Once defense counsel
5    receives the discovery, counsel will need time to review that discovery and to discuss these materials
6    with her client.  For these reasons, the parties respectfully request that the Court continue this case
7    from June 9, 2020 to August 22, 2020.

8        In addition, the parties stipulate and agree that the ends of justice served by this continuance
9    outweigh the best interest of the public and the defendant in a speedy trial.  The parties further agree
10   that the failure to grant this continuance would unreasonably deny counsel for Mr. Hartman the
11   reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
12   Accordingly, the parties agree that the period of time between May 26, 2020 through August 11,
13   2020, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
14   3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the
15   exercise of due diligence.

IT IS SO STIPULATED.

Dated:    June 2, 2020

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S/
ANGELA M. HANSEN
Assistant Federal Public Defender

Dated:    June 2, 2020

DAVID L. ANDERSON
United States Attorney
Northern District of California

/S/
MOLLY SMOLEN
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND TO EXCLUDE TIME
*HARTMAN*, CR 20–126 VC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 20–126 VC |
| Plaintiff, | [~~PROPOSED~~] **ORDER TO CONTINUE STATUS HEARING TO AUGUST 11, 2020, AND TO EXCLUDE TIME** |
| v. | |
| RICHARD HARTMAN, | |
| Defendant. | |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the status hearing date of June 9, 2020, is vacated and reset for a status hearing on August 11, 2020, at 10:30 a.m.

It is FURTHER ORDERED that the time is excluded, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from May 26, 2020 through August 11, 2020.

IT IS SO ORDERED.

Dated: June 8, 2020

THE HONORABLE VINCE CHHABRIA
United States District Judge