STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA M. HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:          Angela_Hansen@fd.org

Counsel for Defendant HARTMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 20–126 VC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING TO OCTOBER 27, 2020, FOR A CHANGE OF PLEA HEARING AND TO EXCLUDE TIME** |
| v. | |
| RICHARD HARTMAN, | |
| Defendant. | Hearing Date: Sept. 22, 2020 |

The above-captioned matter is set on September 22, 2020, at 10:30 a.m., before this Honorable Court for a status hearing. The parties jointly request that the Court continue this matter to October 27, 2020 for a change of plea hearing and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), between September 22, 2020 and October 27, 2020.

Richard Hartman is charged with the possession of child pornography.  He made his initial appearance on February 28, 2020, and the magistrate court ordered him released from custody on March 5, 2020.  The government prepared the discovery for production on May 15, 2020, but due to an issue with the delivery, defense counsel did not receive that discovery until June 3, 2020.  At an

appearance on August 11, 2020, defense counsel informed the Court that the defense was still reviewing the discovery and needed to conduct an evidence view to confirm the sentencing guidelines and factual basis in the government's proposed plea offer. Defense counsel conducted an evidenced view on August 21, 2020, and counsel recently suggested proposed changes to the plea agreement. In addition, a few weeks after the evidence view, defense counsel requested imageless digital forensic reports of the devices recovered. Because the parties need additional time to establish the factual basis for the plea agreement and to verify relevant conduct regarding the images possessed, the parties respectfully request that the Court continue this case from September 22, 2020 to October 27, 2020. The parties request that the Court set this matter for a change of plea hearing.

In addition, the parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties further agree that the failure to grant this continuance would unreasonably deny counsel for Mr. Hartman the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties agree that the period of time between September 22, 2020 and October 27, 2020, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

|||
|---|---|
| | IT IS SO STIPULATED. |
| Dated: September 18, 2020 | |
| | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | /S/<br>ANGELA M. HANSEN<br>Assistant Federal Public Defender |
| Dated: September 18, 2020 | |
| | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
| | /S/<br>MOLLY SMOLEN<br>Assistant United States Attorney |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND TO EXCLUDE TIME
*HARTMAN*, CR 20–126 VC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RICHARD HARTMAN,<br><br>  Defendant. | **Case No.:** CR 20–126 VC<br><br>**[PROPOSED] ORDER TO CONTINUE STATUS HEARING TO OCTOBER 27, 2020 FOR A CHANGE OF PLEA HEARING, AND TO EXCLUDE TIME** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the status hearing date of September 22, 2020, is vacated and reset for a change of plea hearing on October 27, 2020, at 10:30 a.m.

It is FURTHER ORDERED that the time is excluded, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from September 22, 2020 through October 27, 2020.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE VINCE CHHABRIA
United States District Judge