UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 27, 2020   **Time in Court:** 16 minutes   **Judge:** VINCE CHHABRIA

**Case No.**: 20-cr-00126-VC-1   **Case Name:** UNITED STATES v. Richard E. Hartman

**Attorney for United States of America: Abraham Fine for Ankur Shingal**
**Attorney for Defendant: Angela Milella Hansen**
**Defendant: [X] PRESENT   [] NOT PRESENT**
**Defendant's Custodial Status: [] In Custody   [X] Not In Custody**

**Deputy Clerk:** Tana Ingle   **Court Reporter:** Katherine Sullivan
**Interpreter:** n/a   **Probation Officer:** n/a

### PROCEEDINGS

Change of Plea - held via Zoom Webinar

### RESULT OF HEARING

Defendant waives personal appearance and consents to proceeding by video.

Defendant is sworn and examined by the Court. Defendant is advised of his rights and waives said rights. The Court finds the defendant competent and accepts the defendant's plea of guilty to Count One of the Indictment as knowing and voluntary. The Plea Agreement is filed. Case is referred to probation for a presentence report.

**CASE CONTINUED TO: March 2, 2021, at 10:30 AM, for Sentencing.**