```
DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JOSEPH TARTAKOVSKY (CABN 282223)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 370-2413
    FAX: (415) 436-7234
    Joseph.Tartakovsky@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 20-CR-00126 |
| ) | |
| Plaintiff, ) | NOTICE OF SUBSTITUTION OF COUNSEL |
| ) | |
| v. ) | |
| ) | |
| RICHARD EUGENE HARTMAN, ) | |
| ) | |
| Defendant. ) | |

The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Joseph Tartakovsky appears in this matter in substitution of AUSA Ankur Shingal.  Future ECF notices should be sent to Assistant United States Attorney Tarakovsky with the following contact information:

> AUSA Joseph Tartakovsky
> U.S. Attorneys Office Northern District of California
> 450 Golden Gate Avenue, 11th Floor
> San Francisco, California 94102
> Phone: (415) 340-2413
> Fax: (415) 436-7234
> Email: Joseph.Tartakovsky@usdoj.gov

1 | AUSA Ankur Shingal should be removed from the list of persons to be noticed..

3 | DATED: February 02, 2021                  Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ Joseph Tartakovsky
_____
JOSEPH TARTAKOVSKY
Assistant United States Attorney