STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA M. HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Angela_Hansen@fd.org

Counsel for Defendant HARTMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD HARTMAN,<br><br>Defendant. | **Case No.:** CR 20–126 VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING DATE**<br><br>Hearing Date: March 2, 2021 |

The above-captioned matter is set for a sentencing hearing on March 2, 2021, at 10:30 a.m., before this Honorable Court. The parties jointly request that the Court continue this matter to April 27, 2021 for a sentencing hearing. The parties agree that the Speedy Trial Act does not apply.

Richard Hartman is charged with the possession of child pornography. He pleaded guilty pursuant to an agreement with the government, and he is scheduled to appear before the Court for a sentencing hearing on March 2, 2021. Counsel for Mr. Hartman has requested a continuance because the defense needs additional time to prepare for sentencing. In particular, there are seven claims for restitution that the government and Mr. Hartman received in mid-January that raise complicated legal and factual issues that Mr. Hartman will need to address. Defense counsel needs additional time also

1  to obtain records to verify background information in the draft presentence investigation report.
2  Counsel for Mr. Hartman conferred with the probation officer assigned to this case and she is
3  available on the requested date.

IT IS SO STIPULATED.

Dated:   February 10, 2021

STEVEN G. KALAR
Federal Public Defender
Northern District of California

          /S/
ANGELA M. HANSEN
Assistant Federal Public Defender

Dated:   February 10, 2021

DAVID L. ANDERSON
United States Attorney
Northern District of California

          /S/
JOSEPH TARTAKOVSKY
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING DATE
*HARTMAN*, CR 20–126 VC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RICHARD HARTMAN,<br><br>  Defendant. | **Case No.:** CR 20–126 VC<br><br>**[PROPOSED] ORDER TO CONTINUE SENTENCING HEARING DATE** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the sentencing hearing date of March 2, 2021, is vacated and reset for April 27, 2021, at 3:00 p.m.

IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　THE HONORABLE VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER TO CONTINUE SENTENCING HEARING DATE
*HARTMAN*, CR 20–126 VC

1