1
2
3              IN THE UNITED STATES DISTRICT COURT
4              FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                        SAN FRANCISCO DIVISION
6

| | |
|---|---|
| 7  UNITED STATES OF AMERICA, | **Case No.:** CR 20–126 VC |
| 8            Plaintiff, | [~~PROPOSED~~] **ORDER TO CONTINUE SENTENCING HEARING DATE** |
| 9        v. | |
| 10  RICHARD HARTMAN, | |
| 11           Defendant. | |

12
13    Based on the reasons provided in the stipulation of the parties above, and for good cause
14 shown, the Court hereby ORDERS that the sentencing hearing date of March 2, 2021, is vacated and
15 reset for April 27, 2021, at 3:00 p.m.
16
17        IT IS SO ORDERED.
18
19 Dated: February 16, 2021
20                                        THE HONORABLE VINCE CHHABRIA
                                          United States District Judge
21
22
23
24
25
26
27
28