## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** May 18, 2021       **Time in Court: 35 minutes**    **Judge:** VINCE CHHABRIA

**Case No.**: 20-cr-00126-VC-1    **Case Name:** UNITED STATES v. Richard Eugene Hartman

**Attorney for United States of America: Ankur Shingal**
**Attorney for Defendant: Angela Hansen**
**Defendant: [X] PRESENT   [] NOT PRESENT**
**Defendant's Custodial Status: [] In Custody   [X] Not In Custody**

| | |
|---|---|
| **Deputy Clerk:** Kristen Melen | **Court Reporter:** Marla Knox |
| **Interpreter:** N/A | **Probation Officer:** Monica Romero |

### PROCEEDINGS

Sentencing - hearing held via Zoom

### RESULT OF HEARING

Consent of Mr. Hartman obtained to proceed by way of video conference as opposed to waiting to hold a sentencing hearing in person. The Court found good cause to proceed by way of video conference, as well.

Amendments to the PSR as proposed by both the government and defense were discussed and approved by the Court. An amended PSR will be issued. The parties discussed their respective positions on custodial time.

A stipulation to the amount of restitution to be paid to the victims in this case has been filed, and the Court will sign off on the stipulation. Interest on the restitution amount is ordered waived.

Mr. Hartman addressed the Court.

Defendant is committed to the Bureau of Prisons for a term of 20 months, followed by 10 years of supervised release. A special assessment fee of $100 is imposed. The fine is waived. See Judgment for special conditions and forfeiture information.

The Court recommends to the Bureau of Prisons that Mr. Hartman be housed at a facility as close to the Bay Area to facilitate family visitation. Mr. Hartman is ordered to surrender to the designated BOP facility on July 9, 2021, at 2:00 p.m. If a facility has not been designated, he is ordered to surrender to the Santa Rita County Jail on the same date and time.