ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.7200
    Fax: 415.436.7432
    Chris.kaltsas2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 20-0126 VC |
| Plaintiff, | **APPLICATION OF THE UNITED STATES FOR FINAL ORDER OF FORFEITURE** |
| v. | |
| RICHARD EUGENE HARTMAN, | |
| Defendant. | |

On December 20, 2022, this Court entered, upon application of the government, a Preliminary Order of Forfeiture forfeiting the following property as to Richard Eugene Hartman, pursuant to Title 18, United States Code, Section 2253(a), Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure and Title 21, United States Code, Section 853:

- PNY 128 GB USB Drive

The Preliminary Order required the United States to publish notice of the Order. *Id*. Beginning on January 31, 2023, the United States published for 30 days on the government website www.forfeiture.gov a notice of this forfeiture action, the Order, and the government's intent to dispose of the property in accordance with the law. Dkt. 53. The notice advised potential third parties of their

1  right to petition the Court within 30 days for a hearing to adjudicate the validity of their legal interest in
2  the property. *Id*., Attachment 1.
3       No petitions have been filed.
4       The United States therefore respectfully requests that the Court enter the accompanying proposed
5  Final Order of Forfeiture directing that the property described above be forfeited to the United States,
6  pursuant to Title 18, United States Code, Section 2253(a), Title 28, United States Code, Section 2461(c)
7  and the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure and Title 21,
8  United States Code, Section 853.

9  Dated: 08/24/2023                                       Respectfully submitted,

                                                        ISMAIL J. RAMSEY
                                                        United States Attorney

                                                        _____/S/_____
                                                        CHRIS KALTSAS
                                                        Assistant United States Attorney